IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HARMON LEE MANUEL, II #01645658 | § | |
| VS. | § | CIVIL ACTION NO. 6:12cv880 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Harmon Lee Manuel, II, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus challenging his Smith County conviction for four counts of stalking. Petitioner pled "not guilty", but was convicted after a bench trial and sentenced by the trial court to six years' imprisonment. *See* 2 CR at 112, 125; 7 RR 168. The petition was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation which was docketed on March 9, 2016, concluding that the petition for a writ of habeas corpus should be dismissed with prejudice. Petitioner is represented by retained counsel. No objections from either party have been received.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is

**DISMISSED** with prejudice.  A certificate of appealability is **DENIED**.  All motions not previously

ruled on are hereby **DENIED**.

 **SIGNED this 24th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE